# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2024-1055

————————————————

L. ANTON REBALKO,

    Appellant,

    v.

JOHN GILLIS, HEAD INDUSTRIES
and AMERISURE INSURANCE,

    Appellee.

————————————————

On appeal from the Office of the Judges of Compensation Claims.
Iliana Forte, Judge.

Date of Accident: July 11, 1985.

August 6, 2025

PER CURIAM.

Claimant's former counsel appeals an order on the Employer/Carrier's motion to designate proper payee on benefit checks. The order directed the E/C to make future checks payable to the claimant's designated guardian. This is not an appealable order. *See* Fla. R. App. P. 9.180(b)(1) (designating three categories of appealable non-final workers compensation orders); *Dep't of Rev. v. Groman*, 46 So. 3d 1058, 1059 (Fla. 1st DCA 2010) (dismissing appeal as non-final and non-appealable under Rule 9.180). We do not construe any other language in the order as ruling on the merits of any other disputed issues, which remain pending below.

DISMISSED.

OSTERHAUS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


L. Anton Rebalko, pro se, Appellant.

William H. Rogner of HR Law, P.A., Orlando, for Appellee.